| | |
|---|---|
| **Pierce Bainbridge Beck Price & Hecht LLP**<br>John M. Pierce (SBN 250443)<br>jpierce@piercebainbridge.com<br>Thomas D. Warren (SBN 160921)<br>twarren@piercebainbridge.com<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, California 90071<br>(213) 262-9333 | **Landau Gottfried & Berger LLP**<br>Michael I. Gottfried (SBN 146689)<br>mgottfried@lgbfirm.com<br>Roye Zur (SBN 273875)<br>rzur@lgbfirm.com<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056 |

*Attorneys for Appellants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>          Debtor. | District Court Case No.: 4:19-cv-04220-HSG<br><br>Bankr. Case No. 19-30088-DM |
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br>          Debtor. | Adv. No. 19-03005-DM<br><br>**JOINT STIPULATION FOR ORDER CHANGING BRIEFING SCHEDULE** |
| DAVID HERNDON, JULIA HERNDON, GABRIELL HERNDON, JEDIDIAH HERNDON, ESTEFANIA MIRANDA, STEVEN JONES GABRIELLA'S EATERY, CHICO RENT-A-FENCE and PONDEROSA PEST & WEED CONTROL,<br>individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br>     v.<br>PG&E CORPORATION, a California corporation, PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br>          Defendants. | |

Appellants Herndon et al., (the "Appellants") and appellees, PG&E Corporation and Pacific Gas and Electric Company (the "Appellees") hereby submit this Joint Stipulation for an order changing the briefing schedule.  As set forth in the Declaration of Michael K. Eggenberger (the "Eggenberger Declaration") filed concurrently with this Joint Stipulation, and pursuant to Bankruptcy Local Rule 8018-1, good cause exists to extend the briefing deadlines.

**NOW, THEREFORE, UPON THE RECITALS SET FORTH IN THE EGGENBERGER DECLARATION, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The deadline for the Appellants to file their principal brief be changed from September 9, 2019 to September 30, 2019;

2. The deadline for the Appellees to file their response brief be set to November 18, 2019; and

3. The deadline for the Appellants to file their reply brief be set to December 9, 2019.

[Signatures to Follow]

## IT IS SO STIPULATED.

Dated: August 30, 2019

WEIL, GOTSHAL & MANGES LLP
CRAVATH, SWAINE & MOORE LLP
KELLER & BENVENUTTI LLP

*signature*

Peter J. Benvenutti
650 California Street, Suite 1900
San Francisco, California 94108
Tel: (415) 364-6798
Fax: (650) 636-9251

*Attorneys for Appellees (Debtors and Debtors in Possession)*

Dated: August 30, 2019

LANDAU GOTTFRIED & BERGER LLP

*signature*

Michael I. Gottfried
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Appellants*