**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

**Landau Gottfried & Berger LLP**
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Appellants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br>   Debtor. | District Court Case No.: 4:19-cv-04220-HSG<br><br>Bankr. Case No. 19-30088-DM |
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br>   Debtor. | Adv. No. 19-03005-DM<br><br>**DECLARATION OF MICHAEL K. EGGENBERGER** |
| DAVID HERNDON, JULIA HERNDON, GABRIELL HERNDON, JEDIDIAH HERNDON, ESTEFANIA MIRANDA, STEVEN JONES GABRIELLA'S EATERY, CHICO RENT-A-FENCE and PONDEROSA PEST & WEED CONTROL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>PG&E CORPORATION, a California corporation, PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>   Defendants. | |

**DECLARATION OF MICHAEL K. EGGENBERGER**

Pursuant to 28 U.S.C. § 1746, I, Michael K. Eggenberger, hereby declare as follows:

1. I am an attorney with the law firm of Pierce Bainbridge Beck Price & Hecht LLP and counsel for the Appellants in this appeal. I make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2. On April 5, 2019, the Appellants filed an amended class action complaint in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") as adversary proceeding No. 19-03005 (the "Adversary Proceeding').

3. The Adversary Proceeding seeks a declaration that PG&E Corporation and Pacific Gas & Electric Company (collectively, the "Debtors" or the "Appellees") are liable for the November 8, 2018 wildfire known as the Camp Fire, equitable distribution of the proceeds available in bankruptcy for the victims of the Camp Fire, and injunctive relief.

4. On July 10, 2019, the bankruptcy court dismissed the Adversary Proceeding (the "Dismissal Order").

5. On July 19, 2019, the Appellants timely filed a notice of appeal of the Dismissal Order.

6. This appeal presents complex issues regarding the nature of adversary proceedings, among other things.

7. On July 23, 2019, this Court issued the Initial Case Management Scheduling Order (the "Scheduling Order") [ECF No. 2] requiring that the Appellants' principal brief to be due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket."

8. On August 8, 2019, the District Court received the bankruptcy record on appeal [ECF No. 3], triggering the deadlines in the Scheduling Order and requiring that the Appellants' opening brief be due by September 9, 2019.

9. Given the complexity of the issues at stake and the Labor Day holiday, good cause exists to extend the briefing schedule as set forth in the Joint Stipulation for Order Changing Briefing Schedule and Proposed Order filed concurrently with this declaration.

10. This is the first request for a modification of the briefing schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2019 in New York, NY.

Michael K. Eggenberger