**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
(213) 262-9333

**Landau Gottfried & Berger LLP**
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Appellants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      Debtor. | District Court Case No.: 4:19-cv-04220-HSG<br><br>Bankr. Case No. 19-30088-DM |
| In re<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>      Debtor. | Adv. No. 19-03005-DM<br><br>**ORDER** |
| DAVID HERNDON, JULIA HERNDON, GABRIELL HERNDON, JEDIDIAH HERNDON, ESTEFANIA MIRANDA, STEVEN JONES GABRIELLA'S EATERY, CHICO RENT-A-FENCE and PONDEROSA PEST & WEED CONTROL,<br>individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>PG&E CORPORATION, a California corporation, PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>      Defendants. | |

# ORDER

Having reviewed the Joint Stipulation for Order Changing Briefing Schedule, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the Appellants' principal brief shall be due on September 30, 2019.

IT IS HEREBY FURTHER ORDERED THAT the Appellees' response brief shall be due on November 18, 2019.

IT IS HEREBY FURTHER ORDERED THAT the Appellants' reply brief shall be due on December 9, 2019.

Dated: 9/3/2019   By: *Haywood S. Gill, Jr.*

United States District Judge