| | |
|---|---|
| **Pierce Bainbridge Beck Price & Hecht LLP** | **Landau Gottfried & Berger LLP** |
| John M. Pierce (SBN 250443) | Michael I. Gottfried (SBN 146689) |
| jpierce@piercebainbridge.com | mgottfried@lgbfirm.com |
| Thomas D. Warren (SBN 160921) | Roye Zur (SBN 273875) |
| twarren@piercebainbridge.com | rzur@lgbfirm.com |
| 355 South Grand Avenue, Suite 4400 | 1880 Century Park East, Suite 1101 |
| Los Angeles, California 90071 | Los Angeles, California 90067 |
| (213) 262-933 | Tel: (310) 557-0050 |
| | FAX: (310) 557-0056 |

*Attorneys for Appellants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor<br><br>In re.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtor. | District Court Case No. 4:19-cv-04220-HSG<br><br>Bankr. Case No. 19-30088-DM<br><br>Adv. Pro. No. 19-03005-DM<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DAVID HERNDON, JULIA HERNDON, GABRIELL HERNDON, JEDIDIAH HERNDON, ESTEFANIA MIRANDA, STEVEN JONES, GABRIELLA'S EATERY, CHICO RENT-A-FENCE and PONDEROSA PEST & WEED CONTROL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PG&E CORPORATION, a California corporation, PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>Defendants. | |

| | |
|---|---|
| 1 | The parties to this action, acting through counsel, and pursuant to Federal Rule of Bankruptcy Procedure 8023 hereby stipulate to dismissal of this appeal with prejudice, with each side to bear its own costs.  No fees are currently due. |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Bankruptcy Procedure 8023 hereby stipulate to dismissal of this appeal with prejudice, with each side to bear its own costs.  No fees are currently due.

It is hereby attested that the undersigned counsel have provided concurrence in this filing for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 27, 2019

By:   /s/ Thomas D. Warren
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Thomas D. Warren (SBN 160921)
twarren@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
Janine Cohen (SBN 203881)
jcohen@piercebainbridge.com
**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333

By:   /s/ Michael I. Gottfried
Michael I. Gottfried (SBN 146689)
mgottfried@lgbfirm.com
Roye Zur (SBN 273875)
rzur@lgbfirm.com
**LANDAU GOTTFRIED & BERGER LLP**
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 557-0050
Fax: (310) 557-0056

*Attorneys for Camp Fire Victims*

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Dated: September 27, 2019

By: ___/s/ Theodore Tsekerides___
Stephen Karotkin (*pro hac vice*)
stephen.karotkin@weil.com
Jessica Liou (*pro hac vice*)
jessica.liou@weil.com
Theodore Tsekerides (*pro hac vice*)
theodore.tsekerides@weil.com
Matthew Goren (*pro hac vice*)
matthew.goren@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

*Attorneys for PG&E Corporation and Pacific Gas and Electric Company*

**ORDER**

The stipulation is approved. The entire appeal is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: 9/27/2019

Haywood S. Gilliam, Jr.
United States District Court Judge